**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 23, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00788-CR

**BILLY JOE DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law
Austin County, Texas
Trial Court Cause No. 19CR-35320**

## MEMORANDUM OPINION

Appellant Billy Joe Davis has signed and filed a written motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's motion and dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant

Do Not Publish – Tex. R. App. P. 47.2(b)